**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-2085**

_____

RICHARD S. CURRIER,

Plaintiff - Appellant,

versus

FOOD LION STORE NO. 1202, MYRTLE BEACH, SOUTH
CAROLINA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   C. Weston Houck, District Judge.
(CA-02-1886-4-12-BH)

_____

Submitted:  December 16, 2002     Decided:  December 19, 2002

_____

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Richard S. Currier, Appellant Pro Se.  Robert E. Lee, Florence,
South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard S. Currier seeks to appeal the district court's orders remanding his civil action back to state court and denying his motion to reconsider. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Currier seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. See 28 U.S.C. § 1447(d) (2000) (noting that remand orders generally are not reviewable on appeal). Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Currier's pending motions to proceed in forma pauperis, for "Notice and Modification and Correction of Record," to supplement the record, and for "Notice and Motion for Joinder Order." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2